# EXHIBIT B



*advertised as operating Market*

October 23, 2003

Dear Donna,

Welcome to Dallas – home of TRAVELHOST National Headquarters.

We hope you had a safe trip. You'll find a TRAVELHOST of Dallas magazine for you to learn about the local area attractions and enjoy the flavor of Dallas—an International City.

We'll get started early in the morning at 8:00, so enjoy your evening. We'll be ready to spend the day with you concerning your becoming part of TRAVELHOST.

Best regards,

Mike Slabaugh
Senior Director of Market Expansion
and
The TRAVELHOST Staff at National Headquarters

• TRAVELHOST Inc.
• TRAVELHOST Magazine • TRAVELHOST Printing
10701 Stemmons, Dallas, TX 75220-2419
(972) 556-0541 • Fax (972) 432-8729
www.travelhost.com

Agenda for Donna Stamates
Friday, October 24, 2003
TRAVELHOST National Headquarters


7:30 – 7:35      Arrival at National Headquarters

7:35 – 7:45      Conference room, introduction of the day's activities

7:45 – 8:30      Introduction of TRAVELHOST and company history

8:30 – 9:15      TRAVELHOST Tour/Introduction of staff members
                 Mike Hazard – VP of Production
                 Brenda Carty – GM of Multimedia
                 Bill Schroeder – VP Sales
                 Mark Donachie – President
                 Jerry Antil – Director of Marketing

9:15 – 11:00     Introduction of TRAVELHOST
                 History
                 Products
                 Market Examples
                 Market History
                 Production Manual

11:00 – 11:30    www.travelhost.com web site

11:30 – 12:45    Lunch with Mike & member of management

12:45 – 1:00     Review of Confidential Qualification Report and
                 time frame for decisions

1:00 – 2:00      Meeting with the Chairman and Publisher, Jim Buerger

2:00 – 2:30      Wrap up and return home