# EXHIBIT C



### Record Details

🔎 Consumer Sentinel Network Complaints

| Record # 1 of 1 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 26987886 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC? | N |
| Comments: | When I signed a distributor agreement to purchase Travelhost Magazine of Nashville, it was specifically stated that I would receive wholesale pricing for the printing that Travelhost, Inc. would do on the magazine. It recently came to my attention, that the pricing is way above any wholesale pricing and that Travelhost, Inc. has built in marketing expense for approximately $1850. per month that I was never made aware of. In addition, I believe Travelhost Inc. is operating as a franchise and not a distributorship and therefore in violation of the franchise laws. Based upon my research, I have been overcharged over $300,000. in comparison to what bona-fide wholesale pricing actually is. In addition, the marketing charge which I never was aware of would amount to another overcharge of $140,000. Based upon the information I received and which I believe to be reliable, these overcharges constitute unfair and deceptive practices pursuant to FTC rules and pursuant to the consumer protection acts of many states including Texas and Tennessee. I believe Travelhost Inc. is not a distributorship at all, but rather a franchise operation fully subject to applicable federal and state franchise regulation. I have never received any franchise disclosure document required by applicable law. Additional information regarding other Associate Publishers that have had numerous problems has been documented on the www.publishersadvocate.info. When I purchased a Travelhost distributorship there were approximately 120 Associate Publishers in the network and as of this date, there are approximately 70 Associate Publishers left in the United States. The failure rate for people purchasing these distributorships is about 90%. Travelhost Inc. also made claims that with the help of their marketing, you could sell Regional & National advertising. This is also proved to be quite untrue because of the lack of publishing markets. In addition, Travelhost Inc. has also furnished lists of markets provided to Associate Publishers which were incomplete and they did not give accurate figures of the number of magazines published. I do not stand alone in facing problems with Travelhost Inc. and I am sure numerous other past and present Associate Publishers would like to see this investigation carried out to the fullest extent. One of the last markets that was sold by Travelhost Inc. for $60,000. (Gatlinburg, TN) has found it impossible to publish a magazine and now is out the $60,000. It appears Travelhost Inc. has followed the philosophy of "churn & burn" and they do not really care if somebody is qualified for a market, their only consideration is that they have the $60,000. to pay them. An example of this, is a St. Louis Associate Publisher who had a hard time speaking English, was sold a distributorship and was unsuccessful because of her lack of sales ability and knowledge. There are many other horror stories that I am sure you would be interested in and I file this complaint to prevent other people from losing their life savings and everything they have because of the deceitfulness of Travelhost Inc. Upd:07/12/2010 Consumer wanted to know how to get a copy of her report. lcrtz | | |
| Entered By: | FTCCIS-FTCUSER | Entry Date: | 7/11/2010 |
| Updated By: | LCORTEZ | Updated Date: | 7/12/2010 |
| Complaint Source: | PUBLIC USERS - CIS | Product Service Code: | Bus Opps\Franchises\Distributorships |
| Amount Requested: | | Amount Paid: | |
| Payment Method: | | Agency Contact: | Phone |
| Complaint Date: | 7/12/2010 | Transaction Date: | |
| Initial Contact: | Initiated Contact | Initial Response: | |

| | | | |
|---|---|---|---|
| Statute/Rule: | FTC Act Sec 5 (BCP) | Law Violation: | Deception/Misrepresentation |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | N | Dispute with Credit Bureau - Resolved to Satisfaction?: | N |
| Consumer | | | |
| Complaining Company/Org.: | | | |
| First Name: | Donna | Last Name: | Stamates |
| Address 1: | 1065 Tanglewood Ct | Address 2: | |
| City: | Hermitage | State/Prov: | Tennessee |
| ZIP: | 37076 | Country: | UNITED STATES |
| Home Number: | | Work Number: | 615-8850700 |
| Fax Number: | | Ext: | |
| Email: | trvlhost@bellsouth.net | Age Range: | 50 - 59 |
| Subject | | | |
| Subject: | Travelhost, Inc. | | |
| Address: | 10701 N. Stemmons | | |
| City: | Dallas | State/Prov: | Texas |
| ZIP: | 75220 | Country: | United States |
| Email: | jebuerger@travelhost.com | URL: | www.travelhost.com |
| Area Code: | 800 | Phone Number: | 5271782 |
| Ext: | | | |
| Representative Name: | James Buerger | Title: | Chairman & Publisher |

Provided by the Federal Trade Commission