**Jennifer Brady**

| | |
|---|---|
| From: | BuildingTheNetwork@yahoogroups.com on behalf of E Fredian (Travelhost) [efredian@travelhost-la.com] |
| Sent: | Wednesday, May 28, 2008 11:32 AM |
| To: | BuildingTheNetwork@yahoogroups.com |
| Subject: | [SPAM]RE: [BuildingTheNetwork] A Marketing Rep--How about the Yellow Pages Rep firms? |
| Attachments: | image003.jpg |
| | |
| MSK: | [SPAM] |

As Jeff points out, SRDS is the bible for agencies and large advertisers. TH has spotty, inaccurate information in the SRDS. It's a point that I have been bugging Dallas about for three years now. Whenever a major advertiser considers print media, they go there for the readership and circulation information. One of the problems is that with TH's goofy publishing schedules there's no easy way to figure out what appears in which markets, when.

Ed Fredian

Owner/Associate Publisher

949-495-9674

efredian@travelhost-la.com

www.travelhost-la.com



TRAVELHOST
of Los Angeles

---

**From:** BuildingTheNetwork@yahoogroups.com [mailto:BuildingTheNetwork@yahoogroups.com] **On Behalf Of** Mike Pak
**Sent:** Wednesday, May 28, 2008 4:26 AM
**To:** BuildingTheNetwork@yahoogroups.com
**Subject:** Re: [BuildingTheNetwork] A Marketing Rep--How about the Yellow Pages Rep firms?

Jeff

SRDR stand for Standard Rates and Data it is a repository of ALL magazines
rates and circulation information. It is the bible that larger
corporations use when making
media decisions. It is as thick if not thicker that a Yellow Pages
and divides all
magazines into various categories. Most local libraries will have a
copy available if not

1

larger agencies have them.

Mike

On 5/27/08, Jeff Loudon <jeffloudonth@aol.com> wrote:
>
> I placed several calls to natl. marketing rep firms today. (Thanks Vicki
> for providing the names.). One will be listening in on the call
> tomorrow. Three others have traded calls with me.
>
> I also came across a slew of firms that marry national/regional
> advertisers with various Yellow pages directories throughout the nation.
> I called one because it seems that our offering is similar to the yellow
> pages in many respects and what these firms do is similar to what we are
> attempting. Their function is to gather data from each phonebook
> provider that is relevant to their advertiser's needs and make
> recommendations. If they like us, they could do everything we need based
> on the Yellow pages market rep. template?.They also are used to dealing
> with a flock of publishers, a concept that may scare typical rep firms.
>
> The company I spoke to was National Yellow Pages Marketing Programs
> 'NYPMP." Website www.Natlyellowpages.com
> <http://www.Natlyellowpages.com> . One nice thing is that we won't have
> to train them on the value of the multiple read venue as opposed to
> circulation as the premise for calculating value to the advertiser..
> Their advertiser connections would be the right type as well?
> Knowledgeable, motivated by the concept, etc.?
>
> Janis, you may have dealt with these people or similar before. Any
> thoughts? Others?
>
> By way, I spoke at length with a guy named James Elliot, the CEO of a
> rep firm by his name (He claims it's the largest in the country of this
> type). He believes that TH has huge potential to sell the ads we are
> talking about, but is not equiped to do so. It lacks the needed data and
> SRDS participation. (Whatever that is, it seems to be important) He's
> been approached by TH and APs on many occasions and sees an opportunity.
> He said "no" because our group would be too cumbersome to deal with in
> his opinion.
>
> Jeff Loudon
>
>


--
Mike
Travelhost of Greater Knoxville


Messages in this topic (4) Reply (via web post) | Start a new topic
Messages | Files | Photos | Links | Database | Polls | Members | Calendar

2