**BROWN**

**Brown Printing Company**
2300 Brown Avenue
Waseca, MN 56093

# INVOICE

Street Partners LLC
801 Hawthorne Lane
Charlotte, NC 28204

| | |
|---|---|
| **Invoice Number:** | 4039197 |
| **Invoice Date:** | February 2, 2011 |
| **Customer Number:** | 9848 |
| **Order Number:** | 3903653 |
| **Purchase Order:** | 10W0367 |
| **Print Division:** | Waseca |

**Invoice Information**

**Title:** Getaway Charlotte      **Issue:** SPRING      **Title Number:** 33207
**Copies:** 25,000                **Total Pages:** 48      **Pages Printed:** 48

| | |
|---|---|
| Preparation | $277.00 |
| Presswork | $2,963.60 |
| Ink | $587.11 |
| Bindery | $729.57 |
| Mailing | $500.00 |
| Stock | $8,248.03 |
| **Net Amount Due** | **$13,305.31** |

**Payment Information**

**Terms:** Net 30

**Due Date:** 03/04/2011        **Amount Due:** $13,305.31

Please remit:

**By ACH or Wire Transfer to:**
First National Bank, Waseca, MN
ABA Routing Number: 091901561
To Credit: Brown Printing Company
Checking Account Number: 200030

**By check to:**
Brown Printing Company
P O Box 704
Waseca, MN 56093-0704

A finance service charge of 1.5 percent per month (or negotiated amount) shall be charged on all amounts not paid by the due date. This amount is due within 10 days from the date charged.

*If you should have any questions regarding this invoice, please contact your account representative at (507)835-2410.*
*Thank you for giving us the opportunity to serve you.*

# BROWN PRINTING COMPANY

## INVOICE DETAIL

| | | | | |
|---|---|---|---|---|
| 9848, Street Partners LLC - 33207, Getaway Charlotte | | | Invoice # | 4039197 |
| FI3903653 - 43,035 Copies | | | Order # | 3902722 |
| | | | Date | 2/2/2011 |

| Description | Qty | Rate | Unit | Amount |
|---|---:|---:|---|---:|
| **PREPARATION** | | | | |
| Process RIP Ready certified PDF/X-1a Files, per Page | 48 | 5.50 | Each | 264.00 |
| DTP Hourly Rate | 0.2 | 65.00 | Each | 13.00 |
| See attached preparation page detail. | | | | $277.00 |
| **PRESSWORK** | | | | |
| Pages 1-4, 45-48 | | | | |
| Body Forms - 2x4 Press (Based on 30-59 lb. 25x38 Basis) | | | | |
| 16 Page 4/4 as 1-8, 2 on | 1 | 639.36 | /MR | 639.36 |
| | 35,035 | 3.20 | /M | 112.11 |
| Pages 5-8, 41-44 | | | | |
| Body Forms - 2x4 Press (Based on 30-59 lb. 25x38 Basis) | | | | |
| 16 Page 4/4 as 1-8, 2 on | 1 | 639.36 | /MR | 639.36 |
| | 35,035 | 3.20 | /M | 112.11 |
| Pages 9-16,33-40 / Pages 17-24, 25-32 | | | | |
| Body Ink (Based on Coated Stock) | | | | |
| 32 Page 4/4 4/4 as 2-16's | 1 | 1,065.60 | /MR | 1,065.60 |
| | 43,035 | 9.18 | /M | 395.06 |
| TOTAL PRESSWORK | | | | $2,963.60 |
| **INK** | | | | |
| Pages 1-4, 45-48 | | | | |
| Body Ink (Based on Coated Stock) | | | | |
| 4/C Process, per Page | 8 | 0.303 | Each | |
| | 35,035 | 2.424 | /M | 84.92 |
| Pages 5-8, 41-44 | | | | |
| Body Ink (Based on Coated Stock) | | | | |
| 4/C Process, per Page | 8 | 0.303 | Each | |
| | 35,035 | 2.424 | /M | 84.92 |
| Pages 9-16,33-40 / Pages 17-24, 25-32 | | | | |
| Body Ink (Based on Coated Stock) | | | | |
| 4/C Process, per Page | 32 | 0.303 | Each | |
| | 43,035 | 9.696 | /M | 417.27 |
| TOTAL INK | | | | $587.11 |
| **BINDERY** | | | | |
| Saddle Stitch and Trim | | | | |
| Base Machine | 1 | 46.80 | /MR | 46.80 |
| | 43,035 | 7.81 | /M | 336.10 |
| 8 Page and Above Body Form | 1 | 10.62 | /MR | 10.62 |
| | 43,035 | 0.97 | /M | 41.74 |
| 8 Page and Above Body Form | 3 | 10.62 | /MR | 31.86 |
| | 3 | 0.97 | /M | |
| | 35,035 | 2.91 | /M | 101.95 |
| Bindery Version Changes - Saddle Stitch | | | | |
| Stitcher Stop, each | 1 | 76.50 | Each | 76.50 |
| Body Form, Cover or Insert Changed, each | 3 | 28.00 | Each | 84.00 |

## BROWN PRINTING COMPANY

### INVOICE DETAIL

9848, Street Partners LLC - 33207, Getaway Charlotte  
FI3903653 - 43,035 Copies

Invoice # 4039197  
Order # 3902722  
Date 2/2/2011

| | | | | |
|---|---|---|---|---|
| TOTAL BINDERY | | | | $729.57 |

**MAILING**
  Mailing - Mailing Preparation
    Prepare Labels, each

| | | | | |
|---|---|---|---|---|
| For U.P.S., Parcel Post, L.T.L. | 7 | 0.50 | Each | 3.50 |

    Prepare Bills of Lading, each

| | | | | |
|---|---|---|---|---|
| For Air Freight or Motor Freight, per LTL Shipment/Truckload | 2 | 20.00 | Each | 40.00 |

  Mailing - Packaging and Hand Mailing
    Carton Pack per Carton (Up to 40 lbs. Each) Including Label and Standard Carton

| | | | | |
|---|---|---|---|---|
| In-Line (Over 10,000 Copies) Carton Pack | 422 | 0.75 | Each | 316.50 |
| 43,000 CPS | | | | |
| Off-Line U.P.S. (Under 10,000 Copies) Carton Pack | 8 | 1.75 | Each | 14.00 |
| 35 BULK CPS | | | | |

  Mailing - Packaging and Hand Mailing
    Pallet Pack (Up to 2,000 lbs. per Pallet)

| | | | | |
|---|---|---|---|---|
| Pallet Pack (Up to 2,000 lbs. per Pallet) | 7 | 18.00 | Each | 126.00 |
| TOTAL MAILING | | | | $500.00 |

**STOCK SUMMARY**
  BPC STOCK
    33.250"   70 lbs   22.75" CutOff         3,163
  Subtotal                                   3,163 lbs.
  CurrentPrice                               46.67 /cwt.          1,476.17

  BPC STOCK
    33.000"   60 lbs   22.75" CutOff         13,977
  Subtotal                                   13,977 lbs.
  CurrentPrice                               48.45 /cwt.          6,771.86

  Total lbs.                                 17,140 lbs.
  TOTAL STOCK                                                     $8,248.03

TOTAL INVOICE                                                     $13,305.31

# BROWN PRINTING COMPANY

## INVOICE DETAIL

| | | |
|---|---|---|
| 9848, Street Partners LLC - 33207, Getaway Charlotte | Invoice # | 4039197 |
| FI3903653 - 43,035 Copies | Order # | 3902722 |
| | Date | 2/2/2011 |

STOCK REQUIREMENT DETAIL
  BPC STOCK
    Pages 1-4, 45-48
      33.250"   70 lbs   22.75" CutOff
        Basetype                    1         781 /MR        781
                                 35,035    68.00 /M     2,382
                                                                    3,163 lbs.

    Pages 5-8, 41-44
      33.000"   60 lbs   22.75" CutOff
        Basetype                    1         664 /MR        664
                                 35,035    57.85 /M     2,027
                                                                    2,691 lbs.

    Pages 9-16,33-40 / Pages 17-24, 25-32
      33.000"   60 lbs   22.75" CutOff
        Basetype                    1     1,328 /MR     1,328
                                 43,035  231.39 /M     9,958
                                                                 11,286 lbs.