# TRAVELHOST®

**WHOLESALE BASE PACKAGE**

| Published Copies | AP Landing Page |
|---|---|
| 7,500 | 1 |

**WHOLESALE INCREMENTAL PRODUCT PRICING**

Additional copies over 7,500 and 48 pages - $299.50 per thousand
Each additional eight pages over 48 - add $1,424.00 + $47.00 to the $299.50 per thousand number
Listings (above 150) - $5.00 each per month
Spotlight Pages (above 150) - $25.00 each per month
Promotional Pages (above 150) - $10.00 each per month

**"AAA" WHOLESALE PRICING CALCULATOR**
**QUARTERLY**

| PRODUCT | QUANTITY |
|---|---|
| Magazine Published Copies | 25,000 |
| Magazine Published Pages | 48 |
| Magazine Landing Page | 1 |
| Listing Hover | 150 |
| Spotlight Pages | 150 |
| Promotional Pages | 150 |
| Overruns - First 8 Pages | 1 |
| Overruns - Number of Add'l 8 Page Sections | 1 |
| Copies of Each Section | 8,000 |
| Cover Photo Insert | |
| Cover Imprints | |
| Insertion of Reply Cards | |
| Text Upgrade to Cover Stock | - |
| Number of 8 Page Sections | - |
| | |
| INVOICE TOTAL: | 19,157.56 |