**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TRAVELHOST, INC.,** | ' | |
| | ' | |
| **Plaintiff,** | ' | |
| | ' | |
| **v.** | ' | **Civil Action No. 3:11-CV-454-M-BK** |
| | ' | |
| **JENNIFER LEA BRADY,** *et al.,* | ' | |
| | ' | |
| **Defendants**. | ' | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions and a Recommendation

in this case. No objections were filed. The District Court reviewed the proposed Findings,

Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the

Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 4th day of February, 2013.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS